1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   Marija Kristich Decker, State Bar No. 207387
2    Email: Decker@luch.com
   Michael Y. Jung, State Bar No. 245260
3    Email: *MJung@luch.com*
   200 South Los Robles Avenue, Suite 500
4  Pasadena, California 91101-2432
   Tel: (626) 449-1882 | Fax: (626) 449-1958
5
   Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>        Plaintiffs,<br><br>   vs.<br><br>M.V.C. ENTERPRISES, INC., doing business as "MORENO VALLEY CONSTRUCTION," a California corporation,<br><br>        Defendant. | CASE NO.:  5:23-cv-00063-JGB-SHK<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>[Fed. R. Civ. Proc. 55(b)(2), L.R. 55-1]<br><br>**FILED SEPARATELY, CONCURRENTLY AND IN SUPPORT THEREOF:**<br>  1. **MEMORANDUM OF POINTS AND AUTHORITIES;**<br>  2. **DECLARATION OF BERNARDO RAMOS;**<br>  3. **DECLARATION OF DOUGLAS WAITE;**<br>  4. **DECLARATION OF MARIJA KRISTICH DECKER; AND**<br>  5. **[PROPOSED] JUDGMENT.**<br><br>Hearing Date<br>Date:    November 13, 2023<br>Time:   9:00 a.m.<br>Ctrm:   1<br>            3470 Twelfth Street<br>            Riverside, CA 92501 |

1786109

1  TO THE HONORABLE JESUS G. BERNAL, THE CLERK OF THE UNITED
2  STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND
3  DEFENDANT, M.V.C. ENTERPRISES, INC.:

4   **PLEASE TAKE NOTICE** that on November 13, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund ("Trustees"), will, and hereby do, move the Court in Courtroom 1 located at 3470 Twelfth Street, Riverside, CA 92501, before the Honorable Jesus G. Bernal, United States District Judge, for entry of default judgment in favor of Trustees and against Defendant, M.V.C. Enterprises, Inc. a California corporation doing business as "Moreno Valley Construction," for the principal amount of $25,855.36, plus attorneys' fees and costs.

All procedural requirements of L.R. 55-1 of the Local Rules of the Central District of California are satisfied. This motion will be made on the grounds that the complaint in this action was filed on January 13, 2023, and served on Defendant effective May 5, 2023. The declaration of service was filed on May 24, 2023. No answer or other response to the complaint has been filed, and Defendant's default was entered in the Civil Docket in the office of the Clerk of this Court on August 7, 2023.

Defendant is a corporation and this motion does not seek a default judgment against an infant or incompetent person, nor does the Soldiers' and Sailors' Relief Act of 1940 or the Servicemembers' Civil Relief Act apply in this action.

///
///
///

This motion will be based on this notice of motion and motion, the declarations of Bernardo Ramos, Douglas Waite, and Marija Kristich Decker, the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

Dated: October 12, 2023        LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ - *Marija Kristich Decker*
Marija Kristich Decker, Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.