JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>M.V.C. ENTERPRISES, INC., doing business as "MORENO VALLEY CONSTRUCTION," a California corporation,<br><br>Defendant. | Case No. 5:23-cv-00063-JGB-SHK<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the Motion for Default Judgment filed by Plaintiffs, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiffs;

3. Plaintiffs are **AWARDED** $49,783.99, consisting of $25,855.36 in monetary relief, attorneys' fees of $23,083.73, and costs of $844.90, plus post-judgment interest;

4. Plaintiffs are **ORDERED** to mail a copy of this Order and Judgment to M.V.C. Enterprises, Inc. Plaintiffs shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated: December 7, 2023

THE HONORABLE JESUS G. BERNAL
United States District Judge